PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Jonathan O'Bryan Walker</u>     Case Number: <u>1:09-00001</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes, Jr., U.S. District Judge</u>

Date of Original Sentence: <u>July 17, 2009</u>

Original Offense: <u>Felon in Possession of a Firearm</u>

Original Sentence: <u>96 months' imprisonment and 3 years' term of supervised release.</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>November 25, 2011</u>

Assistant U.S. Attorney: <u>Darryl Stewart</u>     Defense Attorney: <u>Sumter L. Camp</u>

---

THE COURT ORDERS:

☒ No Action  *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>23rd</u> day of <u>July</u>, 2012, and made a part of the records in the above case.

_____
Honorable William J. Haynes, Jr.
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Roger D. Carrier
U.S. Probation Officer

Place:  <u>Nashville, Tennessee</u>

Date:  <u>July 16, 2012</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from any unlawful use of a controlled substance:**

1. On April 23, 2012, Mr. Walker submitted a urine sample at the probation office in Columbia, TN, which tested positive for marijuana. On this date, Mr. Walker admitted to this officer that he had used marijuana on April 19, 2012.

2. On May 25, 2012, Mr. Walker submitted a urine sample at the probation office in Columbia, TN, which tested positive for marijuana. On this date, Mr. Walker admitted to this officer that he had used marijuana 6-7 times in recent weeks.

3. On June 6, 2012, during a conversation with this officer at the probation office in Columbia, TN, Mr. Walker admitted that he used marijuana on approximately 20 occasions during his term of supervision.

4. On July 2, 2012, Mr. Walker submitted a urine sample at the probation office in Columbia, TN, which tested positive for marijuana. On this date, Mr. Walker admitted to this officer that he had used marijuana on June 15, 2012.

## Compliance with Supervision Conditions and Prior Interventions:

Jonathan Walker is a resident of Maury County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since November 25, 2011. He has been regularly employed at Hardee's in Columbia, TN, since March 2012. He lives with his parents and girlfriend in Columbia, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

On June 4, 2012, at the recommendation of this officer, Federal Public Defender Sumter Camp and Assistant U.S. Attorney Darryl Stewart filed a joint motion requesting that the offender's conditions of supervision be modified to include drug testing and treatment. Your Honor signed an order on June 5, 2012, imposing the additional condition of supervision for the offender to participate in drug testing and treatment at the direction of the probation officer. Accordingly, Mr. Walker completed his intake assessment at Centerstone in Columbia, TN, on June 25, 2012, and is now enrolled in Centerstone's drug testing and treatment program.

This probation officer has issued several verbal reprimands to Mr. Walker for violating his conditions of supervised release by using illegal drugs. Mr. Walker has stated on more than one occasion that he needs help for his drug problem. In addition to his formal treatment program, this officer provided Mr. Walker with a list of Narcotics Anonymous meetings in his area that he can attend as he desires. Mr. Walker was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Mr. Walker understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. The offender's term of supervision is scheduled to expire on November 24, 2014.

Pursuant to 18 U.S.C. § 3565(b) the and 3583(g), the court shall revoke the term of supervised release if the defendant tests positive for illegal controlled substances more than three times over the course of one year. However, pursuant 18 U.S.C. § 3563(e) and 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or an individual's current or past participation in such programs, warrants an exception. This office believes that such an exception is warranted in this case, as the offender has just recently commenced a drug treatment program.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Walker continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer