IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMIBA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:09-00001 |
| | ) | JUDGE HAYNES |
| JONATHAN O'BRYAN WALKER, | ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Monday, September 24, 2012 at 10:30 a.m.**

It is so **ORDERED**.

ENTERED this the 12th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge