UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:09-00001 |
| | ) | Judge Haynes |
| JONATHAN O'BRYAN WALKER | ) | |

MOTION TO CORRECT JUDGMENT

Comes the defendant pursuant to Rule 35(a), Federal Rules of Criminal Procedure, and hereby moves the Court to correct the Judgment and Commitment Order entered on this date at Docket Entry 50. That Order sentences Mr. Walker to 1 year in the custody of the Bureau of Prisons 4 months of which is to be in a halfway house, followed by 4 months of supervised release.

Defendant's notes reflect that the Court instead ordered Mr. Walker to serve 4 months in custody to be followed by 1 year of supervised release with a special condition of the supervised release being that he serve 4 months at the halfway house.

WHEREFORE, defendant moves the Court to correct Docket Entry 50 in this case.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

[Handwritten annotation on right side: ORDER This motion is GRANTED. (signature) 10-10-12]