IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMIBA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:09-00001 JUDGE HAYNES |
| JONATHAN O'BRYAN WALKER, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

A revocation hearing is set in this action for **Friday, August 2, 2013 at 4:30 p.m.**

It is so **ORDERED**.

ENTERED this the 16th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court