IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 1:09-00001 |
| | ) | |
| JONATHAN O'BRYAN WALKER | ) | CHIEF JUDGE HAYNES |

MOTION OF THE GOVERNMENT
TO CONTINUE THE REVOCATION HEARING

The United States of America (the Government), by and through its undersigned attorney, hereby moves for the issuance of an order continuing the revocation hearing in this case to a date after August 7, 2013. As reasons for this motion the Government states the following.

The revocation hearing in this case is presently scheduled to commence at 4:30 p.m. on Friday, August 2, 2013. Defendant has not been detained pending the revocation hearing.

The undersigned attorney for the Government will be out of the District on annual leave from August 1, 2013 through August 6, 2013.

Sumter L. Camp, the attorney for defendant, has been advised of this motion and the reason therefore and he has authorized the undersigned to state that he has no objection to the granting of same.

*[Handwritten: This motion is GRANTED. The hearing is reset for August 16, 2013 at 3:00 pm.]*