IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:09-cr-0001 |
| JONATHAN O'BRYAN WALKER, | ) | Chief Judge Haynes |
| Defendant. | ) | |

## ORDER

For the reasons stated on the record in open court, the Court hereby Orders that the Revocation Hearing in this matter be continued until Friday, February 21, 2014 at 4:00 PM.

It is so **ORDERED**.

ENTERED this the 21st day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court