UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.1:09-CR-00001 |
| | ) | JUDGE HAYNES |
| JONATHAN O'BRYAN WALKER | ) | |

MOTION TO RESET SUPERVISED RELEASE VIOLATION HEARING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, moves this Court to reset the supervised release violation hearing in this case to a date subsequent to the defendant's being brought into federal custody. As grounds for this motion, the government recently learned that no writ has been issued and therefore the defendant is not in federal custody at this time.

*[Handwritten note by Judge: Granted. The motion is granted. The parties have 20 days to submit an agreed order resetting the hearing. /s/ WJH(?) 2-2/14]*

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
S. Carran Daughtrey

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically by mail to Sumter Camp, Assistant Federal Public Defender, 810 Broadway, Suite 200, Nashville, TN 37203-3805, on this, the 20th day of January, 2014.

/s/ S. Carran Daughtrey
S. Carran Daughtrey