UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

UNITED STATES OF AMERICA     )
                                     )
                                     )
v.                              )      No. 1:09-00001-1
                                     )      Judge Haynes
                                     )
JONATHAN O'BRYAN WALKER     )

AGREED ORDER

Upon agreement of the parties, it is hereby ORDERED that the revocation hearing in the

above-referenced matter be rescheduled for Monday, February 24, 2014, at 4:00 PM.

IT IS SO ORDERED.

ENTERED this _____ day of February , 2014.

_____
WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT


Approved:

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant U.S. Attorney

s/ Sumter L. Camp
Sumter L. Camp
Supervisory Assistant Federal Public Defender